IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALEJANDRO A. SALAZAR

Petitioner,

v.

W. A. SHERROD, Warden,
FCI Greenville

Respondent.                                            No. 09-CV-619-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on August 31, 2012 the petition for writ of habeas corpus is **GRANTED.** The Respondent shall deliver the Petitioner to the United States District Court for the District of Kansas for resentencing.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:      /s/*Sandy Pannier*
                Deputy Clerk

Dated: August 31, 2012

Digitally signed by
David R. Herndon
Date: 2012.08.31
13:38:45 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT